UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MERIDIAN DIAGNOSTICS, INC.** | ) : | Case No. C-1-00-540 |
| **Plaintiff,** | ) : | (Judge Beckwith) |
| -v- | ) : | **NOTICE OF SETTLEMENT** |
| **CHING SUI A YI, et al.** | ) : ) | |
| **Defendants.** | : | |

Pursuant to the Court's request that it be notified of any settlement activity in this matter, counsel for Plaintiff, Meridian Diagnostics, Inc. ("Meridian"), hereby submits to the Court a copy of an Order Approving Settlement Agreement and Dismissal of Chapter 7 (attached as Exhibit 1), filed in the U.S. Bankruptcy Court for this District, Case No. 01-14891, involving Debtor Ching Sui Arthur Yi, a Defendant in this action.

The Court should also be advised that the "Effective Date" of the Settlement has been extended by agreement of the parties until October 31, 2003. A copy of that extension is attached hereto as Exhibit 2.

Plaintiff Meridian asks that the Order tendered on this date be entered by the Court as soon as practicable.

Respectfully submitted,

/S/ Patrick F. Fischer
Patrick F. Fischer (0039671)
Steven C. Coffaro (0065116)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6523
Attorneys for Plaintiff,
Meridian Diagnostics, Inc.

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing was served upon Ching Sui A. Yi, 7403 Ivy Hills Place, Cincinnati, Ohio 45244, by regular U.S. mail, this 20th day of October, 2003.

/S/ Patrick F. Fischer
Patrick F. Fischer

1163400.1