# KEATING, MUETHING & KLEKAMP, P.L.L.

ATTORNEYS AT LAW | 1400 PROVIDENT TOWER • ONE EAST FOURTH STREET • CINCINNATI, OHIO 45202-3752
TEL. (513) 579-6400 • FAX (513) 579-6457 • www.kmklaw.com

**ROBERT G. SANKER**
DIRECT DIAL: (513) 579-6587
FACSIMILE: (513) 579-6457
E-MAIL: RSANKER@KMKLAW.COM

September 15, 2003

Mr. Henry E. Menninger, Jr.
David C. DiMuzio, Inc.
2500 Cincinnati Commerce Center
600 Vine Street
Cincinnati, Ohio 45202-2409

Mr. Norman Slutsky
Slutsky & Slutsky Co., L.P.A.
4153 U. Crossgate Drive
Cincinnati, Ohio 45236

      Re:   Yi Settlement

Gentlemen:

    Enclosed please find a copy of the Motion for Approval of Settlement and Dismissal of Case that we filed this afternoon. The Settlement Agreement provides that the Settlement must be approved by the Bankruptcy Court by September 30, 2003 or else it is null and void. Because of the length of time that it took to negotiate and sign the Agreement, we have only 15 days before this deadline. As you know, it is unlikely that Judge Perlman will approve the Settlement by that date. I suggest that we extend the deadline to October 31, 2003.

    If you agree to extend the deadline to October 31, 2003, please so indicate by signing a copy of this letter and returning it me by fax and regular mail.

                Best regards,

                KEATING, MUETHING & KLEKAMP, P.L.L.

                By: _____
                        Robert G. Sanker

1149400.1

Mr. Henry E. Menninger, Jr.
Mr. Norman Slutsky
September 15, 2003
Page 2

AGREED AND ACCEPTED:

_____
Norman Slutsky, Attorney for Arthur Yi

*[signature]*
_____
Henry E. Menninger, Trustee

RGS:mjb
enclosure
cc:    Jack Kraeutler
        Melissa Lueke
        Pat Fischer
        Gary Kreider

Case 1:00-cv-00540-SSB   Document 251-3   Filed 10/20/2003   Page 3 of 4



# KEATING, MUETHING & KLEKAMP, P.L.L.

ATTORNEYS AT LAW | 1400 PROVIDENT TOWER • ONE EAST FOURTH STREET • CINCINNATI, OHIO 45202-3752
TEL. (513) 579-6400 • FAX (513) 579-6457 • www.kmklaw.com



REC'D SEP 22 2003

ROBERT G. SANKER
DIRECT DIAL: (513) 579-6587
FACSIMILE: (513) 579-6457
E-MAIL: RSANKER@KMKLAW.COM

September 15, 2003

Mr. Henry E. Menninger, Jr.
David C. DiMuzio, Inc.
2500 Cincinnati Commerce Center
600 Vine Street
Cincinnati, Ohio 45202-2409

Mr. Norman Slutsky
Slutsky & Slutsky Co., L.P.A.
4153 U. Crossgate Drive
Cincinnati, Ohio 45236

      Re:    <u>Yi Settlement</u>

Gentlemen:

    Enclosed please find a copy of the Motion for Approval of Settlement and Dismissal of Case that we filed this afternoon. The Settlement Agreement provides that the Settlement must be approved by the Bankruptcy Court by September 30, 2003 or else it is null and void. Because of the length of time that it took to negotiate and sign the Agreement, we have only 15 days before this deadline. As you know, it is unlikely that Judge Perlman will approve the Settlement by that date. I suggest that we extend the deadline to October 31, 2003.

    If you agree to extend the deadline to October 31, 2003, please so indicate by signing a copy of this letter and returning it me by fax and regular mail.

                          Best regards,

                          KEATING, MUETHING & KLEKAMP, P.L.L.

                          By: _____
                              Robert G. Sanker

1149400.1

Mr. Henry E. Menninger, Jr.
Mr. Norman Slutsky
September 15, 2003
Page 2

AGREED AND ACCEPTED:

_____
Norman Slutsky, Attorney for Arthur Yi


_____
Henry E. Menninger, Trustee



RGS:mjb
enclosure
cc:     Jack Kraeutler
        Melissa Lueke
        Pat Fischer
        Gary Kreider